United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

In re: Alpha Natural Resources, Inc.

Case No. 15-33896-KRH

Adv. Proceeding No. n/a

Civil Action No. 16-cv-00075

Debtor(s)

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. §158, Notice of Appeal was filed on 2/4/16 & 2/8/16 and transmitted on 3/19/16.

1. (✓) Order/Judgment, Docket Record, Designation(s) [if any], and Items Designated
2. (✓) Copy of restricted transcript(s), if designated, included as separate electronic file(s)
3. (✓) Copies of exhibits, if designated, included as a separate file(s): ___ electronic and/or ✓ conventional, on paper
4. ( ) Copies of exhibits designated by Appellant/Appellee, filed conventionally, have not been submitted pursuant to FRBP 8009 and LBR 8009-1
5. (✓) Other Documents Sealed pleadings *Order entered by District Ct allowing sealed pleadings.
   (Civil Action No. 16cv75 & 16cv86 has been consolidated to Civil Action No. 16cv75)
6. ( ) No Designation of Record on Appeal filed (See Certification Below)

Date: March 19, 2016

WILLIAM C. REDDEN, Clerk of Court
By /s/Tammy Luedecke , Deputy Clerk

* hand-delivered public exhibits 3/21/16

### CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8009 and Local Bankruptcy Rule 8009-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of Court
By: _____, Deputy Clerk

### RECEIPT OF EXHIBITS BY DISTRICT COURT [if applicable]

The undersigned deputy clerk of the U. S. District Court, Eastern District of Virginia, hereby acknowledges receipt of one or more exhibits from the U.S. Bankruptcy Court, which are submitted conventionally, on paper, to be made a part of the Record on Appeal in Civil Action No.

Date: 3/21/16  By: _____, Deputy Clerk

RECEIVED
MAR 21 2016
CLERK, U.S....

[transeapp ver. 12/14]